UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**LF, LLC, et al.,**

    **Plaintiffs,**

**v.**                                                                              Case No.  **8:05-cv-1459-T-30MAP**

**BURNS & HENAULT, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Dismissal Without Prejudice (Dkt. #6).  In accordance with same, it is **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 26, 2006.

                                                  JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2005\05-cv-1459.dismissal.wpd